**THE LAW OFFICES OF C.R. HYDE, PLC**
**325 W. FRANKLIN STREET, SUITE 103**
**TUCSON, ARIZONA 85701**
**TELEPHONE: (520) 270-1110**
**SBA # 22512**
**Attorney for Debtors**

IN THE UNITED STATES BANKRUPTCY COURT

DISTRICT OF ARIZONA

| | |
|---|---|
| In re: | In Proceedings under Chapter 13 |
| DAVID KARMEL, | Case No. 4:15-bk-02229-SHG |
| Debtors. | **NOTICE OF FILING AMENDED SCHEDULE** |

COMES NOW Charles R. Hyde, the Attorney for the Debtors, Walter C. Doran an Yolanda C. Doran, and hereby gives notice of amended schedules filed by the Debtors on the 19th day of May 2016. Debtors amended Schedules A/B at docket 121. Specifically, Debtors removed from Schedule A/ the contractor's license bond, removed two receivables, added a description of collectibles, and added debtor's interest in an LLC (Homes by DK). For 106Dec was attached to the amended schedule A/B and made part of docket entry 121.

DATED THIS 19th day of May 2016

THE LAW OFFICES OF C.R. HYDE, PLC

/s/ C.R. Hyde
_____
Charles R. Hyde, Attorney for Debtors